# United States District Court
# For The Western District of North Carolina
# Asheville Division

Charles William Johnson,

    Plaintiff(s),

vs.

Boyd Bennett, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:07cv313

DECISION BY COURT.  This action having come before the Court by Motions and Memorandum and Recommendation and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/28/10 Order.

Signed: October 28, 2010

Frank G. Johns, Clerk
United States District Court